# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **GABRIEL ALARCON,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | |
| | § | **Case No. 3:23-cv-00308-DCG** |
| **MONTANO XPRESS CO. AND** | § | |
| **DANIEL MONTANO** | § | |
| *Defendant* | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and to Judge Guaderrama's Standing Order to Replead in Removal Cases, Plaintiff Gabriel Alarcon respectfully moves the Court for leave to file the attached First Amended Complaint ("First Amended Complaint"). See attached Exhibit "A".

Rule 15 provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). On August 18, 2023, this case was removed from El Paso County Court at Law 7 to this Court by Defendant Montano Xpress Co., Document 1. On August 18, 2023, Plaintiff was served with Judge Guaderrama's Standing Order to Replead in Removal Cases, Document 2. Plaintiff moves to file his First Amended Complaint to comply with the Standing Order to Replead in Removal Cases. Allowing Plaintiff to file his First Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

For these reasons, Plaintiff respectfully requests the Court grant Plaintiff leave to file his

First Amended Complaint.

                      Respectfully submitted,

                      **CESAR ORNELAS LAW, PLLC**

                      By:   /s/ James Leech
                              James Leech
                              SBN: 24070131
                              14607 San Pedro Suite 200
                              San Antonio, Texas 78232
                              Phone: (210) 957-2103
                              Fax: (888) 342-8033
                              Email: jleech@oinjurylaw.com

                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On September 8, 2023, Plaintiff's counsel conferred with Defendants' counsel regarding Plaintiff's Motion for Leave to File First Amended Complaint. Defendants are unopposed to Plaintiff's motion.

/s/James Leech
James Leech

## CERTIFICATE OF SERVICE

I certify that on September 11, 2023, the foregoing Plaintiff's Motion for Leave to File First Amended Complaint was filed electronically on all counsel of record pursuant to the Federal Rules of Civil Procedure 5(b)(2).

Brian C. Lopez
Lopez Law Group
1502 Augusta Dr., Ste. 450
Houston, Texas 77057
Tel: (713) 275-9707
Fax: (713) 275-9722
Email: brian@lopezlit.com

/s/James Leech
James Leech